CONSTRUCTION INDUSTRY WELFARE FUND
1322 EAST STATE STREET, SUITE 300
ROCKFORD  IL  61104
(815) 399-0800

September 30, 2025

TYLER HENLEY
THE HENLEY GROUP                      Employer #    11068
PO BOX 1035
MUSCATINE, IA 52761

Your payroll submission(s) for the following were delinquent. You have been assessed a delinquent penalty as follows:

| CONT. MONTH | DUE DATE | RECEIPT DATE | RECEIPT NUMBER | FUND | CONT. AMOUNT | LIQ. DAM. AMOUNT |
|---|---|---|---|---|---|---|
| 11/2024 | 12/25/2024 | 4/16/2025 | 113978 | RETIRE | $2,335.76 | $233.58 |
| 12/2024 | 1/25/2025 | 4/16/2025 | 113979 | RETIRE | $768.24 | $76.82 |
| 1/2025 | 2/25/2025 | 4/16/2025 | 113980 | RETIRE | $2,223.24 | $222.32 |
| 2/2025 | 3/25/2025 | 6/09/2025 | 116058 | RETIRE | $2,529.76 | $252.98 |
| 3/2025 | 4/25/2025 | 6/09/2025 | 116056 | RETIRE | $4,687.04 | $468.70 |
| 4/2025 | 5/25/2025 | 6/09/2025 | 116057 | RETIRE | $6,987.86 | $698.79 |
| | | | | TOTAL DUE: | | $1,953.19 |
| | | | | GRAND TOTAL DUE: | | $1,953.19 |

Please remit penalty due under separate cover from any hours submissions.
Please attach a copy of this letter with your remittance.
Thank you.

EXHIBIT
B